IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA BIRGE,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>AAA RECOVERY SYSTEMS, Inc.,  )<br>  )<br>          Defendant.  )<br>  ) | 8:07CV326<br><br><br>ORDER |

    This matter is before the court on plaintiff's motion, Filing No. 9, to extend the deadline to respond to defendant's motion to dismiss until November 3, 2007.  The having reviewed the record finds this motion should be granted.

    THEREFORE, IT IS ORDERED that the motion to extend time, Filing No. 9, is granted until November 3, 2007.

    DATED this 25th day of September, 2007.

                                      BY THE COURT:


                                      s/ Joseph F. Bataillon
                                      Chief United States District Judge