**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **LISA BIRGE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV326 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **AAA RECOVERY SYSTEMS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court *sua sponte*. On September 26, 2007, the Clerk's Office entered a text notice regarding the defendant's, obligation to file corporate disclosure statements (Filing No. 11). Pursuant to Federal Rule of Civil Procedure 7.1(a),

> a non-governmental corporate to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

The defendant was instructed to file the statements no later than October 11, 2007. As of today's date, the defendant has not filed its corporate disclosure statements. Upon consideration,

**IT IS ORDERED:**

The defendant shall have **on or before October 26, 2007**, to file its corporate disclosure statements or show cause why sanctions should not be imposed as against the defendant for failure to timely file its statements.

Dated this 19th day of October, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge