IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Lisa Birge, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:07cv326 |
| vs. | ) | |
| | ) | |
| AAA Recovery Systems, Inc., | ) | **ORDER FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |

THIS MATTER came before the Court this 25th day of October, 2007, upon the Stipulation of the parties, pursuant to Fed.R.Civ.P. 41 that this matter has been settled and the Complaint shall be dismissed with prejudice.

AND THE COURT, being fully advised in the premises, finds that said Stipulation should be approved and orders that the case should be so dismissed with prejudice.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT this case is dismissed with prejudice pursuant to Fed.R.Civ.P. 41, with each party to pay its own attorney fees and costs unless otherwise agreed.

Dated: October 25, 2007

/s Joseph F. Bataillon

_____
U.S. DISTRICT COURT JUDGE

1